JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHIRLEY LINDSAY,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NLSR LP, a Nevada Limited Partnership;<br>STEVEN J. BORICK, in his individual and representative capacity as trustee of the Steven J. Borick Revocable Management Trust; WELLS FARGO BANK, NATIONAL ASSOCIATION; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:15-CV-03459-BRO-MRW<br><br>**ORDER** |

## ORDER

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

**IT IS HEREBY ORDERED**

Dated: May 5, 2016

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE